**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
  E-Mail: Rebecca.Weinreich@lewisbrisbois.com
JORDON E. HARRIMAN, SB# 117150
  E-Mail: Jordon.Harriman@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASHLEY AARONS, TRUSTEE OF THE ASHLEY AARONS 2015 TRUST,<br><br>  Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; and DOES 1 to 25, inclusive,<br><br>  Defendants. | Case No.<br><br>**DEFENDANT LEXINGTON INSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES**<br><br>Trial Date:        None Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned, counsel of record for defendant Lexington Insurance Company ("Lexington") certifies that

> Lexington Insurance Company is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 14, 2021 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 3 | | |
| 4 | | |
| 5 | | By: _____ |
| 6 | | JORDON E. HARRIMAN |
| 7 | | Attorneys for Defendant LEXINGTON INSURANCE COMPANY |

**FEDERAL COURT PROOF OF SERVICE**
Ashley Aarons, et al. v. Lexington
Case No.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 14, 2021, I served the following document(s): DEFENDANT LEXINGTON INSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 14, 2021, at Los Angeles, California.

_____
Michele Ideno



4823-3557-0405.1

1

DEFENDANT LEXINGTON INSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES

**SERVICE LIST**
**Ashley Aarons, et al. v. Lexington**
**Case No.**

| | |
|---|---|
| David J. Furtado, Esq.<br>Furtado Law PC<br>4532 West Imperial Highway<br>Inglewood, CA 90304<br>*Attorneys for Plaintiff* | David J. Furtado, Esq.<br>923 E. Valley Boulevard, Suite 103B<br>San Gabriel, CA 91778<br>Tel: (310) 299-7997<br>E-mail: dfurtado@furtadolaw.com<br>*Attorneys for Plaintiff* |



4823-3557-0405.1

2

DEFENDANT LEXINGTON INSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES