**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
 E-Mail: Rebecca.Weinreich@lewisbrisbois.com
JORDON E. HARRIMAN, SB# 117150
 E-Mail: Jordon.Harriman@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASHLEY AARONS, TRUSTEE OF THE ASHLEY AARONS 2015 TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-03200-SVW (AGRx)<br><br>**STIPULATION TO WITHDRAW PUNITIVE DAMAGE ALLEGATIONS**<br><br>Trial Date:  None Set |

IT IS HEREBY STIPULATED by Plaintiff ASHLEY AARONS, TRUSTEE OF THE ASHLEY AARONS 2015 TRUST ("Aarons"), and Defendant LEXINGTON INSURANCE COMPANY ("Lexington"), by their attorneys, that all references to punitive damages in Plaintiff Aarons' Complaint as to Defendant Lexington be stricken.

Specifically, the parties hereby agree the following portions of the Complaint be stricken as to Lexington, in their entirety:

///

///

///

1. Page 17, Paragraph 114 at lines 22-28: "In carrying out the action and inactions described in this Complaint, Defendant and its representatives acted intentionally with a conscious disregard of the known rights of the Plaintiff, and did so in a fraudulent and oppressive matter (*sic*), all of which warrants the imposition of punitive damages under the guidelines of California Civil Code 3294 in an amount sufficient to punish and deter Defendant from engaging in similar conduct in the future."

2. Page 18, line 8 of Prayer: "4. For punitive and exemplary damages according to proof;"

IT IS SO STIPULATED:

DATE: APRIL 30, 2021

FURTADO LAW PC

By: _____
David J. Furtado, 232022
3773 Cherry Creek North Drive #755
Denver, CO 90401
Ph: (303)755-2929
dfurtado@furtadolaw.com
***Attorney for Plaintiff***

DATE: APRIL 30, 2021

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Jordon E. Harriman
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Jordon.harriman@lewisbrisbois.com
***Attorney for Specially Appearing Defendant, Lexington Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2021, I electronically filed the foregoing **STIPULATION TO WITHDRAW PUNITIVE DAMAGE ALLEGATIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David J. Furtado, Esq.
Furtado Law PC
4532 West Imperial Highway
Inglewood, CA 90304
*Attorneys for Plaintiff*

David J. Furtado, Esq.
923 E. Valley Boulevard, Suite 103B
San Gabriel, CA 91778
Tel: (310) 299-7997
E-mail: dfurtado@furtadolaw.com
*Attorneys for Plaintiff*

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants:

/s/ Jordon E. Harriman
Jordon E. Harriman
Attorneys for LEXINGTON INSURANCE COMPANY